## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PIPELINE FOODS, LLC, | Case No. 21-11002 (KBO) |
| Debtor.[1] | (Jointly Administered) |
| PIPELINE FOODS, LLC, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 21-51301 (KBO) |
| AXIOM FOODS, INC., | |
| Defendant. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041, the plaintiff, through the Liquidating Trustee, and the defendant hereby stipulate and agree that this adversary proceeding shall be dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

Dated: July 14, 2022

/s/ Kevin G. Collins
Barnes & Thornburg LLP
222 Delaware Ave., Suite 1200
Wilmington, DE 19801
Telephone: (302) 300-3434
E-mail: kevin.collins@btlaw.com

-and-

---

[1] The last four digits of the Debtor's federal tax identification number are 5070, and the Debtor's mailing address is c/o Nauni Manty as the Liquidating Trustee, 150 South Fifth Street, Suite 3125, Minneapolis, MN 55402. The chapter 11 cases of the following affiliates of the Debtor were closed effective as of April 12, 2022: Pipeline Holdings, LLC (5754); Pipeline Foods Real Estate Holding Company, LLC (7057); Pipeline Foods, ULC (3762); Pipeline Foods Southern Cone S.R.L. (5978); and Pipeline Foods II, LLC (9653). *See* Chapter 11 Case No. 21-11002, Docket No. 995.

/s/ *Nauni Manty*
Manty & Associates, P.A.
150 South Fifth Street, Suite 3125
Minneapolis, MN 55402
Telephone: (612) 340-7950
E-Mail: Nauni@mantylaw.com
Liquidating Trustee


Dated: July 14, 2022                                    CROSS & SIMON, LLC

/s/ *Christopher P. Simon*
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
1105 N.  Market Street, Suite 901
Wilmington, Delaware 19801
(302) 777-4200
csimon@crosslaw.com
kmann@crosslaw.com

*Counsel to Axiom Foods, Inc.*

2